UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| George McDonald,<br><br>                Plaintiff,<br>    v.<br><br>Educational Credit Management Corp.; and DOES 1-10, inclusive,<br><br>                Defendant. | Civil Action No.: 1:10-cv-02730-WDQ |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)**

      George McDonald ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 17, 2011

                                        Respectfully submitted,
                                        By /s/ Forrest E. Mays_____
                                        Forrest E. Mays (Bar No. 07510)
                                        1783 Forest Drive, Suite 109
                                        Annapolis, MD 21401
                                        Telephone: (410) 267-6297
                                        Facsimile: (410) 267-6234
                                        Email: mayslaw@mac.com

                                        Of Counsel To
                                        LEMBERG & ASSOCIATES L.L.C.
                                        A Connecticut Law Firm
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile: (877) 795-3666
                                        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 17, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By  /s/ Forrest E. Mays

                                            Forrest E. Mays